```
         IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SEAN KING, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV318 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

The parties' joint motion, filing 104, to alter scheduling order is granted and,

1. Jury trial is continued to 9:00 a.m., November 28, 2005 for a duration of ten days before the Honorable Richard G. Kopf in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, **Omaha**, Nebraska.  Trial is subject to the prior disposition or continuance of any criminal matters which may be set for that week as well as Hill v. Emergency Dental, 8:04cv613; Ray v. Tyson, 8:05cv113; Perez v. Sony, 8:04cv608; Villalta v. Waller, 8:04cv386; and Carroll v. Allied, 8:04cv344. Jury selection will be held at commencement of trial.

2. The pretrial conference will be held October 17, 2005 at 11:00 a.m. before the undersigned magistrate judge in the chambers of the Special Proceedings Courtroom, **Omaha**, Nebraska.

3. The deposition deadline is continued to August 5, 2005.

4. Other deadlines are set as requested in the parties' motion as follows:

| | |
|---|---|
| Defendant's Designation of Experts and Expert Reports | June 3, 2005 |
| Designation of Rebuttal Experts | June 27, 2005 |
| Parties' Designation of Fact Witnesses | July 8, 2005 |
| Motions to Compel | July 8, 2005 |

| | |
|---|---|
| Daubert Challenges to Expert Testimony | August 15, 2005 |
| Identification of and briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, etc. | August 15, 2005 |
| Responses to briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, etc. | September 5, 2005 |
| Motions for Summary Judgment | September 5, 2005 |
| Identification of Trial Exhibits, Deposition Testimony, Motions in Limine | September 19, 2005 |

    5.  All other provisions of the court's order setting this case for trial that are not in conflict with this order shall remain in effect.

    DATED this 1st day of June, 2005.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge