UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN KING, individually and on behalf of other similarly situated employees,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>WEST CORPORATION,<br>　　　　　　　　Defendant. | **FLSA Collective Action**<br><br>Civil Action No. 8:CV04-318 |

## ORDER

　　On this day came on to be heard Defendant's Unopposed Motion, filing 107, to Dismiss Plaintiffs Who Have Failed to Respond to Discovery. Having considered the evidence and pleadings submitted by the parties, Court finds the Motion should be granted.

　　It is therefore ordered that the claims of the Plaintiffs listed below are hereby dismissed with prejudice:

　　　　　　　　Tiffany Barbour
　　　　　　　　Tony Bombardiere
　　　　　　　　Marlon Cotton
　　　　　　　　Daiva Daraskaite
　　　　　　　　Christine Douglas
　　　　　　　　Sharif R. El-Kachouti
　　　　　　　　Garrett Eure
　　　　　　　　Cameron Gregory
　　　　　　　　Bruce E. Jefferies
　　　　　　　　KathyPrince
　　　　　　　　BrentRaymond

　　Dated this 28th day of July, 2005.

　　　　　　　　　　　　　　　BY THE COURT
　　　　　　　　　　　　　　　s/ *David L. Piester*

　　　　　　　　　　　　　　　David L. Piester
　　　　　　　　　　　　　　　United States Magistrate Judge