UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | |
|---|---|
| SEAN KING, individually and on behalf of other similarly situated employees, § § § § Plaintiffs, § § v. § § WEST CORPORATION, § Defendant. | **FLSA Collective Action** <br><br> Civil Action No. 8:CV04-318 |

## **AMENDED** ORDER

On this day came on to be heard the parties' Joint Consent to Trial in Lincoln and Joint Request for New Trial Date and Scheduling Order (the "Motion", filing 106). Having reviewed the pleading submitted by the parties, the Court concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED** that this case will be tried in Lincoln, Nebraska before Judge Kopf on March 20, 2006, for ten (10) trial days.

**IT IS FURTHER ORDERED** that remaining pretrial deadlines in the case have been extended to the new deadlines set forth below:

| | |
|---|---|
| Parties' Designation of Fact Witnesses | September 2, 2005 |
| Amendment of Pleadings | September 12, 2005 |
| Supplementation of Discovery Responses | September 12, 2005 |
| Motions to Compel | September 12, 2005 |
| Deposition Deadline | October 14, 2005 |

1

452628

| | |
|---|---|
| Daubert Challenges to Expert Testimony | October 28, 2005 |
| Identification of and briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, eeeee[1], etc. | November 4, 2005 |
| Responses to briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, etc. | November 18, 2005 |
| Motions for Summary Judgment | December 2, 2005 |
| Identification of Trial Exhibits, Deposition Testimony, Motions in Limine | January 20, 2006 |
| Final Pretrial Conference | February 16, 2006 at 9:00 a.m. |

DATED: July 28, 2005.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

---

[1] Plaintiffs have indicated that they may seek to transfer venue of certain members of the class to Oklahoma City, Oklahoma.

452628