UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN KING, individually and on behalf of other similarly situated employees, | § § § | **FLSA Collective Action** |
| Plaintiffs, | § § | |
| | § | Civil Action No. 8:CV04-318 |
| v. | § § | |
| WEST CORPORATION, | § | |
| Defendant. | | |

**AMENDED SCHEDULING ORDER**

On this day came on to be heard Defendant's Unopposed Motion to Extend the Daubert and Certification Briefing Deadlines (the "Motion"). Having reviewed the Motion, the Court concludes that the Motion should be granted.

**IT IS THEREFORE ORDERED** that Daubert and Certification Briefing deadlines have been extended as requested in the Motion, which results in the following amended scheduling order:

| | |
|---|---|
| Daubert Challenges to Expert Testimony | November 18, 2005 |
| Identification of and briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, venue etc. | November 22, 2005 |
| Responses to briefing regarding the issues of class certification, including identification of sub-classes, trial staging matters, etc. | December 14, 2005 |
| Motions for Summary Judgment | December 2, 2005 |
| Identification of Trial Exhibits, Deposition Testimony, Motions in Limine | January 20, 2005 |

462877

| | |
|---|---|
| Pretrial Conference | February 16, 2006 at 9:00 a.m. |
| Trial   [10 days] | March 20 , 2006 Lincoln, Nebraska |

DATED: November 1, 2005

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge

462877