```
         IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| SEAN KING, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CV318 |
| | ) | |
| v. | ) | |
| | ) | |
| WEST CORPORATION, A Delaware | ) | ORDER |
| Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint oral motion for modification of the progression schedule herein,

IT IS ORDERED:

1. On or before February 8, 2006, the parties shall serve upon each other their list of witnesses, exhibits, and deposition testimony excerpts for use at trial.

2. On or before February 8, 2006, and for the purpose of discussing and perhaps resolving issues without the necessity of court intervention, the parties shall serve upon each other their proposed motions in limine.

3. On or before March 6, 2006:

    a. The parties shall <u>file</u> a joint stipulation which outlines the issues resolved with respect to the parties' motions in limine and the agreement reached by the parties with respect to those issues, and shall provide the court, by electronic mail, with a copy of the proposed order to be entered pursuant to the parties' agreement.

    b. As to any motion in limine issues that remain in dispute, the parties shall <u>file</u> motions in limine in accordance with this court's local rules. Responsive briefs on these motions shall be filed on or before March 13, 2006; reply briefs shall

      not be filed except upon leave of the court for good cause shown.

DATED this 23rd day of January, 2006.

                              BY THE COURT:

                              s/ *David L. Piester*
                              David L. Piester
                              United States Magistrate Judge