IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SEAN KING, | ) | 8:04CV318 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| WEST CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the parties' joint stipulation and motion for dismissal, this matter is dismissed with prejudice, each party to bear his or its own costs, complete record waived.

March 24, 2006.                                BY THE COURT:

                                               *s/Richard G. Kopf*
                                               United States District Judge